THE PEOPLE OF THE STATE OF NEW YORK *ex rel.*
TWENTY-THIRD STREET RAILWAY COMPANY *v.*
NEW YORK STATE BOARD OF TAX COMMISSION-
ERS.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.*
CENTRAL CROSSTOWN RAILROAD COMPANY *v.*
SAME.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.*
CONSOLIDATED GAS COMPANY *v.* SAME.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.*
NEW AMSTERDAM GAS COMPANY *v.* SAME.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.*
CONEY ISLAND AND BROOKLYN RAILROAD COM-
PANY *v.* SAME.

ERROR TO THE SUPREME COURT OF THE STATE OF NEW YORK.

Nos. 75, 76, 77, 78, 79, 80. Argued April 17, 18, 19, 1905.—Decided May 29, 1905.

*Metropolitan Street Railway Co.* v. *New York, ante,* p. 1, and *Brooklyn City Railroad Co.* v. *New York, ante,* p. 48, followed.

THE facts are stated in the opinion.

*Mr. Elihu Root* and *Mr. William D. Guthrie* for plaintiffs in error in Nos. 75 and 76. *Mr. Elihu Root,* with whom *Mr. Frank H. Platt* was on the brief, for plaintiffs in error in Nos. 77 and 78.

*Mr. Julius M. Mayer,* Attorney General of the State of New York, and *Mr. Louis Marshall* for defendant in error.[1]

MR. JUSTICE BREWER delivered the opinion of the court.

While these cases differ in some details from the two pre-

[1] Argued simultaneously with *Metropolitan Street Ry. Co.* v. *New York.* For abstracts of arguments see *ante,* p. 9.

ceding, in which opinions have just been announced, there are no such differences as put them outside the scope of the reasoning of those opinions. Therefore, the judgments in them are

*Affirmed.*